UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PEARSON EDUCATION, INC. et al.,                    :
:
                Plaintiffs,           :
:      19-CV-487 (JPC)
    -v-                                       :
:      NOTICE OF
GEOFFREY LABOS et al.,                              :      REASSIGNMENT
:
                Defendants.           :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Plaintiffs are hereby ordered to file a letter regarding the status of the case by no later than November 12, 2020.

    If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the letter submission deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19, *available at* http://nysd.uscourts.gov/ecf_filing.php.

    SO ORDERED.

Dated: October 20, 2020
       New York, New York

                                                          JOHN P. CRONAN
                                          United States District Judge