UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :
PEARSON EDUCATION, INC. et al.,                    :

                   Plaintiffs,                           :
                                                                :                19 Civ. 487 (JPC)
               -v-                                  :
                                                                 :                    ORDER
GEOFFREY LABOS et al.,                               :

                   Defendants.                       :
                                                                 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On December 11, 2020, Plaintiffs moved for default judgment against Defendants Geoffrey Labos, Dien T. Truong, Amelia Aguila, Krystyna Szymanska, Emuejevoke Oduma, and Miyoshi Massington. Dkts. 57-62. Plaintiffs notified the Court on February 2, 2021 that Defendant Aguila filed for bankruptcy and that Plaintiffs' claims were stayed by the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362. Dkt. 71. The Court held a hearing on Plaintiffs' Motion for Default Judgment on February 4, 2021. Dkt. 80. At that hearing, the Court entered default judgment as to Defendants Labos, Truong, Oduma, and Massington on liability but reserved its decision on Plaintiffs' request for damages and injunctive relief. *Id.* at 33-34, 44-45.

       On May 27, 2021, Plaintiffs notified the Court that Defendant Aguila's debts have been discharged in her bankruptcy case, and that the Court may dismiss Defendant Aguila from the lawsuit. Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Amelia Aguila from this case. Plaintiffs are directed to refile their Proposed Default Judgment and Permanent Injunction Order and the damages calculations chart attached as Exhibit 5 to the

Declaration of Matthew Fleischman to account for this dismissal.  *See* Dkt. 62; Dkt. 59-5.

    SO ORDERED.

Dated: July 15, 2021
       New York, New York                                       JOHN P. CRONAN
                                                      United States District Judge